Second Appellate Department, January, 1899. Reported. 36 App. Div. 533.

In the Matter of the Application of WILLIAM BRIDGE, Respondent, for an Order Revoking and Cancelling the Certificate of License for Trafficking in Liquors issued to GEORGE MOHRMANN, Appellant.

H. W. Michell, Special Deputy Commissioner of Excise for Kings county, respondent.

APPEAL by George Mohrmann from an order of the Supreme Court, made at the Kings county Special Term and entered in the office of the clerk of the county of Kings on the 14th day of November, 1898, revoking and cancelling the liquor tax certifi-

cate issued to him by the special deputy commissioner of excise for Kings county.

Order affirmed, with ten dollars costs and disbursements, on the opinion of GARRETSON, J., at Special Term.

All concurred.